UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>R. OLSON,<br><br>　　　　　　　Defendant. | Case No.: 15-cv-2300-AJB-LL<br><br>**ORDER DENYING PLAINTIFF RAUL ARELLANO'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (Doc. No. 93)** |

On September 23, 2019, the Court issued an order adopting the Magistrate Judge's Report and Recommendation, granting Defendant R. Olson's motion for summary judgment, and dismissing Plaintiff Raul Arellano's ("Plaintiff") Second Amended Complaint. (Doc. No. 82.) On October 18, 2019, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, appealing this Court's September 23, 2019 order. (Doc. No. 88.) On November 7, 2019, Plaintiff filed a motion for leave to file a motion for reconsideration of the Court's September 23, 2019 order. (Doc. No. 93.) However, appearing that Plaintiff filed a Notice of Appeal of the same order Plaintiff seeks to have reconsidered, the Court concludes that it lacks jurisdiction to consider Plaintiff's motion for reconsideration. *See Morris v. Morgan Stanley & Co.*, 942 F.2d 648, 654 (9th Cir. 1991) (stating that district courts lack jurisdiction after notice of appeal is filed). Accordingly, Plaintiff's motion for leave to file a motion for reconsideration is **DENIED**. **IT IS SO ORDERED.**

Dated: December 11, 2019

Hon. Anthony J. Battaglia
United States District Judge